| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-34389-AA |
| In re<br><br>Esther Florimon<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY**<br>**RULE 3015-1(m)** |

I, __Esther Florimon__ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __6/15/2010__.

2. I am the owner of real property[1] at the following street address:

    __7308 E. Century Blvd__

    __Paramount, CA 90723__                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __CITIMORTGAGE__.

    b. Second deed of trust in favor of __CITIBANK (LAM Motion Filed)__ (if applicable).

    c. Third deed of trust in favor of __NONE__ (if applicable).

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                   Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re  Esther Florimon | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-34389-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| CITIMORTGAGE PO BOX 6006 The Lakes, NV 88901 | $1,712.43 | 1-15th July 2010 | 07/26/2010 |
|  | $1,712.43 | 1-15th August 2010 | 08/03/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                               F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Esther Florimon | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-34389-AA |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date August 03, 2010         Signature _____
                                       Esther Florimon
                                       Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 3015-1.4

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re:<br><br>Esther Florimon<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-34389-AA<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |
|---|---|

I, Esther Florimon, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 03, 2010 I purchased and sent the mortgage payment $1,712.43 to my lender CITIMORTGAGE, to the following address: PO BOX 6006 The Lakes, NV 88901. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 03, 2010

_____
Debtor

_____
Joint Debtor

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) TUCKOSH  C. Date of Delivery JUL 26 2010 |
| 1. Article Addressed to:<br><br>Citimortgage Inc.<br>P.O. Box 6006<br>The Lakes NV.<br>88901-6006 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1060 0001 2502 8946 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540